*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-11-00326-CR

Darren B. **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR4966
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   June 15, 2011

DISMISSED FOR LACK OF JURISDICTION

In this case, the trial court imposed sentence on December 7, 2010. Because appellant did not file a timely motion for new trial, the notice of appeal was due to be filed on January 6, 2011. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on January 21, 2011. TEX. R. APP. P. 26.3. Appellant, however, did not file his notice of appeal until May 6, 2011. Because appellant did not file a timely notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond. We dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish